AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>PHONG DINH TRAN<br>a/k/a Randy Tran<br><br>*Defendant(s)* | Case No. 13-2577 BPG<br>FILED ___ ENTERED<br>___ LODGED ___ RECEIVED<br>NOV 7 2013<br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY ___ DEPUTY |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 1, 2006 to October 31, 2006   in the county of   Washington   in the _____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1344 | bank fraud |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jason Powers
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10-31-13

*Judge's signature*

City and state:   Baltimore, Maryland              Beth P. Gesner, United States Magistrate Judge
*Printed name and title*